### 22051. HAWKINS v. DARBY.

DECIDED FEBRUARY 17, 1932.

*Howell Brooke, William Woodruff,* for plaintiff in error.
*Roberts & Vandiviere,* contra.

LUKE, J. A verdict and judgment were awarded in favor of Lelia Darby against Hawkins Brothers, composed of Carroll Hawkins, Buren Hawkins and Bernice Hawkins. A motion for a new trial on the usual general grounds was made by Carroll Hawkins, and was overruled, and exceptions were taken. The case comes within the rule laid down in *Copeland* v. *State,* 41 *Ga. App.* 567 (153 S. E. 609), wherein this court declined to interfere with the discretion exercised by the trial judge in overruling a motion for a new trial.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*